1 SCOTT N. SCHOOLS, SC SBN 9990
  United States Attorney
2 JOANN M. SWANSON, CSBN 88143
  Assistant United States Attorney
3 Chief, Civil Division
  ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
  Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 DOROTHY KHOSROVI,                )
                                    ) No. C 07-0710 MEJ
13              Plaintiff,          )
                                    )
14        v.                        )
                                    ) **STIPULATION TO EXTEND TIME**
15 DAVID N. STILL, District Director,) **WITHIN WHICH THE DEFENDANTS**
   U.S. Citizenship and Immigration Services;) **MUST FILE AN ANSWER**
16 DR. EMILIO T. GONZALEZ, Director, )
   U.S. Citizenship and Immigration Services;)
17 ALBERTO GONZALES, Attorney General,)
   U.S. Department of Justice;      )
18 ROBERT MUELLER, Director,        )
   Federal Bureau of Investigations,)
19                                  )
                Defendants.          )
20 _____)

21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time

24 within which the Defendants must serve their answer to the complaint in the above-entitled action.

25 The Defendants will file their answer on or before April 20, 2007.

26 ///

27 ///

28

Stipulation to Extend Answer Date
C07-0710 MEJ                               1

*GRANTED — Judge Maria-Elena James*

1 | Dated: April 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: April 13, 2007

/s/
MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 17, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend Answer Date
C07-0710 MEJ                            2