| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DOROTHY KHOSROVI, | ) | No. C 07-0710 MEJ |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND DATE OF** |
| DAVID STILL, District Director, | ) | **CASE MANAGEMENT CONFERENCE;** |
| U.S. Citizenship and Immigration Services; | ) | **AND [PROPOSED] ORDER** |
| DR. EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| U.S. Department Justice; | ) | |
| ROBERT MUELLER, Director, | ) | |
| Federal Bureau of Investigations, | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the case management conference. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 30 days and that the case will be moot.

Accordingly, the parties respectfully ask this Court to extend the date of the Case Management Conference by 30 days. If the case becomes moot, the parties will file a stipulation to dismiss. If the case if not administratively resolved, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Stipulation to Extend Case Management Conference
C07-0710 MEJ                1

1 | Dated: May 3, 2007 | /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 3, 2007 | /s/
MARTIN J. LAWLER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case management conference is re-scheduled to June 14, 2007 at 10:00 a.m.

Date: May 7, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend Case Management Conference
C07-0710 MEJ      2