SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY KHOSROVI, | ) No. C 07-0710 MEJ |
|     Plaintiff, | ) |
| v. | ) |
| DAVID STILL, District Director, | ) **STIPULATION TO DISMISS; AND** |
| U.S. Citizenship and Immigration Services; | ) [PROPOSED] **ORDER** |
| DR. EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ALBERTO GONZALES, Attorney General, | ) |
| U.S. Department Justice; | ) |
| ROBERT MUELLER, Director, | ) |
| Federal Bureau of Investigations, | ) |
|     Defendants. | ) |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0710 MEJ                     1

Date: May 21, 2007                                Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


Date: May 21, 2007                                _____/s/_____
                                                  MARTIN LAWLER
                                                  Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: May 29, 2007                                _____
                                                  MARIA ELENA JAMES
                                                  United States Magistrate Judge

Stipulation to Dismiss
C07-0710 MEJ                                      2